[No. 39625-1-I.    Division One.    October 13, 1997.]

*In the Matter of the Marriage of* CHARLENE A. CARTER, *Respondent,* and CLIFFORD J. CARTER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 92-3-00994-7, Dale B. Ramerman, J., entered October 2, 1996. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Kennedy, A.C.J., and Webster, J.


[No. 40502-1-I.    Division One.    October 13, 1997.]

NORMA J. WEBSTER, *Appellant,* v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 95-2-30497-4, R. Joseph Wesley, J., entered January 10, 1996. *Affirmed* by unpublished per curiam opinion.


[No. 40646-9-I.    Division One.    October 13, 1997.]

CLIFFORD DAVIDOW, ET AL., *Appellants,* v. WESTERN SOAP CO., *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 95-2-04138-2, Tari S. Eitzen, J., entered August 9, 1996. *Affirmed in part* and *remanded* by unpublished per curiam opinion.


[Nos. 13899-2-III; 14243-4-III.    Division Three.    October 14, 1997.]

*In the Matter of the Detention of* PAUL BEGAY.

*In the Matter of the Personal Restraint of* PAUL BEGAY, *Petitioner.*

Appeals from a judgment of the Superior Court for Franklin County, No. 93-2-50075-3, Duane E. Taber, J., entered February 8, 1994, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kurtz, J.